| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1( b)<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: U.S. Bank, N.A., et al. | Order Filed on October 30, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>David S. Fenkel,<br><br>    DEBTOR. | Case No: 18-25204-CMG<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 30, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor:      David S. Frenkel
Case No.:    18-25204-CMG
Caption:     **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, U.S Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset-Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3, holder of a mortgage on real property known as 116 Appletree Court, Monmouth Junction, NJ 08852, with the consent of Frederick Simon, Esq., counsel for the Debtor, David S. Frenkel,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves his right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:     Dated:    10/24/18

/s/ Denise Carlon
_____
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:     Dated:  10/24/18

_____
Frederick Simon, ESQ., ATTORNEY FOR DEBTOR