UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on December 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAVID S. FENKEL

Case No.: _____18-25204_____

Chapter: _____13_____

Judge: _____GRAVELLE_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 27, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____9/27/2018_____ :

Property: _____116 Apple Tree Court, Monmouth Junction, NJ_____

Creditor: _____US Bank NA_____

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Counsel for Debtors_____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____March 31, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-25204-CMG
David S. Fenkel                                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 1              Date Rcvd: Dec 27, 2018
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2018.
db               David S. Fenkel,    116 Appletree Ct,    Monmouth Junction, NJ  08852-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2018 at the address(es) listed below:
          Albert  Russo  docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association et al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
           2007-HE3, Asset-Backed Certificates Series 2007-HE3 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Frederick J. Simon   on behalf of Debtor David S. Fenkel simonmonahan216@gmail.com
          Kevin Gordon McDonald   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle
           Bank National Association et al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
           2007-HE3, Asset-Backed Certificates Series 2007-HE3 rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 7