UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on March 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
DAVID S. FENKEL

Case No.: 18-25204

Chapter: 13

Judge: GRAVELLE

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

DATED: March 29, 2019

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____9/27/2018_____ :

Property: _____116 Apple Tree Court, Monmouth Junction, NJ_____

Creditor: _____US Bank NA_____

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Counsel for Debtors_____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____June 29, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-25204-CMG
David S. Fenkel                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Apr 02, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2019.
db             David S. Fenkel,    116 Appletree Ct,    Monmouth Junction, NJ   08852-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Denise E.  Carlon    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
      National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
      2007-HE3, Asset-Backed Certificates Series 2007-HE3 dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Denise E.  Carlon    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
      National Association et al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Frederick J. Simon    on behalf of Debtor David S. Fenkel simonmonahan216@gmail.com
      Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
      Bank National Association et al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
      Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
      Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3 kmcdonald@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
      National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
      2007-HE3, Asset-Backed Certificates Series 2007-HE3 rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                      TOTAL: 8