| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)** <br> Denise Carlon <br> KML LAW GROUP, P.C. <br> 216 Haddon Avenue, Ste. 406 <br> Westmont, NJ 08108 <br> U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3 | |
| In Re: <br> David S. Fenkel          Debtor <br> Heather Fenkel        Co-Debtor | |

Order Filed on May 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    18-25204 CMG

Chapter: 13

Hearing Date: May 1, 2019
Judge:  Christine M. Gravelle

# ORDER VACATING STAY
# And CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 3, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3</u>, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■   Real Property More Fully Described as:

**Land and premises commonly known as, 116 Appletree Court, Monmouth Junction NJ 08852**

☐   Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-25204-CMG
David S. Fenkel                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin         Page 1 of 1            Date Rcvd: May 03, 2019
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2019.
db            David S. Fenkel,   116 Appletree Ct,   Monmouth Junction, NJ   08852-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2019 at the address(es) listed below:
    Albert   Russo    docs@russotrustee.com
    Denise E. Carlon    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Denise E. Carlon    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Frederick J. Simon    on behalf of Debtor David S. Fenkel simonmonahan216@gmail.com
    Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3 rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 8