UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   FENKEL, David S.

Case No.: 18-25204
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__John Michael McDonnell__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __8/20/2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
116 Appletree Court
Monmouth Junction, New Jersey 08852

Value - $250,000

Liens on property:   $460,000

Amount of equity claimed as exempt:  $0

Objections must be served on, and requests for additional information directed to:

Name:  John Michael McDonnell, Chapter 7 Trustee
Address:  115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-25204-CMG
David S. Fenkel                                                             Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2              Date Rcvd: Jul 15, 2019
                              Form ID: pdf905           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2019.
```
db           David S. Fenkel,    116 Appletree Ct,    Monmouth Junction, NJ 08852-2102
lm           US Bank National,    c/o KML,   701 Market St., Ste 5000,    Philadelphia, PA 19106-1541
517673042    AES,   PO Box 2461,    Harrisburg, PA 17105-2461
518241001    Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
518241002    Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408,
              Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 55116-0408
517673048    Heather A. Fenkel,    116 Appletree Ct,    Monmouth Junction, NJ 08852-2102
517673049    Keybank National Association,    PO Box 94968,    Cleveland, OH 44101-4968
517673050    NJ EZ Pass,    Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
517700638   +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
517673052   +Retreival Masters Credit Bureau, Inc.,    4 Westchester Plz Ste 110,    Elmsford, NY 10523-1616
517673056  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State Of New Jersey,    Division of Taxation,    PO Box 283,
              Trenton, NJ 08695-0283)
517673053    Silkn Flash & Go,    c/o SKO Brenner American, Inc.,    PO Box 230,    Farmingdale, NY 11735-0230
517673054    South Brunswick Tax Collector,    PO Box 190,    Monmouth Junction, NJ 08852-0190
517673057    US Bank National,    c/o Kivitz McKeever Lee, PC,    701 Market St Ste 5000,
              Philadelphia, PA 19106-1541
517673058    Van Ru Credit Corporation,    Dept. 96307,    PO Box 1259,    Oaks, PA 19456-1259
517673059    Western Sky,    612 East St,    Timber Lake, SD 57656
517673060    Work Out World,    c/o Senex Services Corp. Dept. 7030,    PO Box 30516,
              Lansing, MI 48909-8016
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 15 2019 23:56:40     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 15 2019 23:56:37     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517673043    E-mail/Text: bankruptcy@cashcall.com Jul 15 2019 23:57:13     Cash Call,    PO Box 66007,
              Anaheim, CA 92816-6007
517673046    E-mail/Text: mrdiscen@discover.com Jul 15 2019 23:55:55     Discover Bank,    PO Box 15316,
              Wilmington, DE 19850-5316
517673047    E-mail/Text: bankruptcydepartment@tsico.com Jul 15 2019 23:57:11     Fedex TechConnect Inc.,
              c/o Transworld Systems, Inc.,    PO Box 15618,    Wilmington, DE 19850-5618
517673044    E-mail/Text: cio.bncmail@irs.gov Jul 15 2019 23:56:09     Department Of The Treasury,
              Internal Revenue Service,    PO Box 9052,    Andover, MA 01810-9052
517712242   +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 15 2019 23:56:51     KeyBank NA,
              4910 Tiedeman Rd.,    Brooklyn, OH 44144-2338
517673051    E-mail/Text: bkrpt@retrievalmasters.com Jul 15 2019 23:56:37     RCMB,    PO Box 1235,
              Elmsford, NY 10523-0935
517673055    E-mail/Text: jennifer.chacon@spservicing.com Jul 15 2019 23:57:36
              SPS Select Portfolio Servising, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517698654*    Department of the Treasury,    Internal Revenue Service,    P.O. Box 7346,
               Philadelphia PA 19101-7346
517673045*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Department Of Treasury,    Internal Revenue Service,    PO Box 9052,
               Andover, MA 01810-9052)
517963006*  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
               Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Jul 15, 2019
                              Form ID: pdf905            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2007-HE3, Asset-Backed Certificates Series 2007-HE3 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association et al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Frederick J. Simon    on behalf of Debtor David S. Fenkel simonmonahan216@gmail.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association et al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2007-HE3, Asset-Backed Certificates Series 2007-HE3 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```